# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PAUL ANTHONY GASPARAC,

    Plaintiff,

v.

Case No. 16-CV-1328-JPS

MILWAUKEE COUNTY JAIL,

    Defendant.

**ORDER**

On December 19, 2016, the Court issued an order finding that Plaintiff's original complaint failed to state a claim for relief and requiring that he submit an amended complaint no later than January 9, 2017. (Docket #8 at 5–6). That date has passed and the Court has not received an amended complaint or any other communication from Plaintiff. The Court warned Plaintiff that failure to file an amended complaint within the prescribed period may result in dismissal of this action. *Id.* at 5, 7; *see also Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006). Plaintiff has ignored the Court's warning and, as a result, the Court will dismiss this action without prejudice for his failure to prosecute the same. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 13th day of January, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge